# United States Court of Appeals
## For the First Circuit

No. 00-2091

UNITED STATES OF AMERICA,

Appellee,

v.

BRIAN EUGENE MESERVE,

Defendant, Appellant.

The opinion of this court issued on November 16, 2001, should be amended as follows:

On the cover sheet: replace "[Hon. George Z. Singal, <u>U.S. District Judge</u>]" with "[Hon. Morton A. Brody, <u>U.S. District Judge</u>]".